HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CHRISTOPHER KEGLER, <br> Defendant. | Case No. 2:14-mj-00294 AC <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME <br><br> Date: April 13, 2015 <br> Time: 2:00 p.m. <br> Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the status conference scheduled for April 13, 2015 be vacated and be continued to April 27, 2015 at 2:00 p.m.

The grounds for continuance are that the Assistant U.S. Attorney from the Northern District is unavailable due to family emergency leave.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 27, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 10, 2015                     Respectfully submitted,
                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Douglas J. Beevers*
                                          DOUGLAS J. BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Christopher Kegler

DATED: April 10, 2015                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ by Douglas J. Beevers with consent*
                                          PAUL HEMESATH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 27, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 13, 2015 status conference shall be continued until April 27, 2015, at 2:00 p.m.

Dated:  April 10, 2015

                                          _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE